### LIBEL BROWN VS. SNOW *Diligence*

The Court being opened. Being read etc — Plea.
Robert Durfey being duly sworn.
Capt<sup>n</sup> John Jay being also sworn.
Capt<sup>n</sup> Charles Bardin being also Sworn.
After several arguments on both sides, the Court was adjourned untill Monday next the ninth Instant at Ten o Clock A. M — . and opened accordingly at which time his Hon<sup>r</sup> the D<sup>y</sup> Judge gave his Decree. Viz<sup>t</sup>
and the Court was adjourned untill further notice.

COLONY OF RHODE ISLAND ETC At a Court of Vice Admiralty held at Newport the Second day of October in the Twenty Third Year of his Majestys Reign Anno Dom: 1749 and from thence Continued by Adjournment Untill the ninth of the same month